# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

April 23, 2010

Lyle W. Cayce
Clerk

No. 09-30702
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JUAN GONZALES, also known as Hugo Daniel-Rodrigues, also known as Miguel Ventura, also known as Ramon Olarra, also known as Daniel Hugo, also known as Jose Ventura-Ginez, also known as Hugo Daniel,

Defendant-Appellant

Consolidated with
No. 09-30703
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JUAN GONZALES,

Defendant-Appellant

Appeals from the United States District Court
for the Western District of Louisiana
USDC No. 6:09-CR-7-1
USDC No. 6:09-CR-57-1

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Juan Gonzales has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Gonzales has filed a response. Our independent review of the record, counsel's brief, and Gonzales's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.